# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## EASTERN DIVISION

| | |
|---|---|
| United States of America, | ) |
|               Plaintiff, | ) **ORDER OF RECUSAL** |
| vs. | ) Case No. 3:23-cr-206 |
| Raymon Everett Holmberg, | ) |
|               Defendant. | ) |

Pursuant to 28 U.S.C. § 455(a), the undersigned recuses himself from hearing or determining any further proceeding in this case.

**IT IS SO ORDERED**.

Dated this 27th day of October, 2023.

                                                                     */s/ Peter D. Welte*
                                                                      Peter D. Welte, Chief Judge
                                                                       United States District Court