AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>Raymon Everett Holmberg<br>a/k/a Raymon Holmberg,<br>a/k/a Ray Holmberg,<br>a/k/a Sean Evan,<br>a/k/a Sean Evans<br>*Defendant* | Case No. 3:23-cr-00206 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Raymon Everett Holmberg, a/k/a Raymon Holmberg, Ray Holmberg, Sean Evan, Sean Evans,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Travel with Intent to Engage in Illicit Sexual Activity
Receipt and Attempted Receipt of Child Pornography
Forfeiture Allegation

Date:   10/27/2023

/s/ Pamela Bloomquist
*Issuing officer's signature*

City and state:   Fargo, ND

Pamela Bloomquist, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/27/23, and the person was arrested on *(date)* 10/30/23
at *(city and state)* Grand Forks, ND.

Date:   10/30/23

*Arresting officer's signature*

Daniel Casetta/Special Agent
*Printed name and title*