UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Raymond Everett Holmberg, a/k/a Raymon Holmberg, a/k/a Ray Holmberg, a/k/a Sean Evan, a/k/a Sean Evans,<br><br>        Defendant. | Case No.: 3:23-cr-00206<br><br>**SPEEDY TRIAL WAIVER** |

The undersigned hereby expressly waives his right to a speedy trial, as defined by the Speedy Trial Act, 18 U.S.C. § 3161-3174. The Act has been explained to the undersigned by his attorney and he acknowledges that more than 70 days will elapse until final disposition of this case. The undersigned also expressly waives his right to move for dismissal of the charges on the grounds of a Speedy Trial Act violation.

Dated this 10th day of November, 2023.

_____
Raymon E. Holmberg, Defendant

Dated this 10th day of November, 2023.

VOGEL LAW FIRM

BY: Mark A. Friese (#05646)
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
701.237.6983
Email:   mfriese@vogellaw.com
ATTORNEYS FOR DEFENDANT

5274428.1