UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United State of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Raymond Everett Holmberg, a/k/a Raymon Holmberg, a/k/a Ray Holmberg, a/k/a Sean Evan, a/k/a Sean Evans,<br><br>　　　　　Defendant. | Case No. 3:23-cr-00206<br><br>**MOTION TO CONTINUE TRIAL** |

The Defendant, Raymon Holmberg, by and through his attorney, Mark A. Friese, moves the Court for an Order continuing trial previously scheduled for December 5, 2023. The Defendant requests a continuance to permit counsel to review detailed discovery and to prepare his defense.

This motion is made in the interests of justice and not for purposes of delay. The United States is aware of and does not object to the requested continuance.

A speedy trial waiver is filed with this request.

Dated this 13th day of November, 2023.

**VOGEL LAW FIRM**

　　　*/s/ Mark A. Friese*
BY: Mark A. Friese (#05646)
218 NP Avenue
PO Box 1389
Fargo, ND  58107-1389
701.237.6983
Email:　mfriese@vogellaw.com
ATTORNEYS FOR DEFENDANT

5275107.1