UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United State of America,<br><br>      Plaintiff,<br><br>v.<br><br>Raymond Everett Holmberg, a/k/a Raymon Holmberg, a/k/a Ray Holmberg, a/k/a Sean Evan, a/k/a Sean Evans,<br><br>      Defendant. | Case No. 3:23-cr-00206<br><br>**MOTION TO CONTINUE TRIAL** |

The Defendant, Raymon Holmberg, through counsel, moves the Court for an Order continuing trial scheduled for April 29, 2024. The request is based on the reasons set forth by the parties on the record at the status conference held before the Court on March 6, 2024. Defendant further requests all related deadlines be continued, with due consideration of the government's scheduling request outlined during the status conference.

This motion is made in the interests of justice and not for the purpose of delay. The United States is aware of and does not object to the requested continuance. A speedy trial waiver has been previously filed, *See* Doc 17.

Dated this 6th day of March, 2024.

                                        **VOGEL LAW FIRM**

                                      */s/ Mark A. Friese*
                          BY:  Mark A. Friese (#05646)
                                   218 NP Avenue
                                   PO Box 1389
                                   Fargo, ND  58107-1389
                                   701.237.6983
                                   Email:   mfriese@vogellaw.com
                                   ATTORNEYS FOR DEFENDANT