# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,           ) | |
| )                                     | |
| Plaintiff,    ) | **ORDER GRANTING DEFENDANT'S** |
| )                                     | **MOTION TO CONTINUE TRIAL** |
| vs.                                  ) | |
| )                                     | Case No. 3:23-cr-206 |
| Raymon Everett Holmberg,  ) | |
| )                                     | |
| Defendant.   ) | |

Before the Court is the Defendant's motion to continue trial filed on March 6, 2024. See Doc. No. 23. The trial is scheduled to commence on April 29, 2024. The Defendant requests additional time to review discovery and prepare for trial. The Court has been informed that the United States does not object to the continuance.

The Court finds there is good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7)(A).  See United States v. Lucas, 499 F.3d 769, 782-83 (8th Cir. 2007); United States v. Hohn, 8 F.3d 1301, 1305 (8th Cir. 1993); United States v. Driver, 945 F.2d 1410, 1414 (8th Cir. 1991).  Accordingly, the Court **GRANTS** the motion (Doc. No. 23). The jury trial shall be rescheduled for Monday, September 9, 2024, at 9:00 a.m. in Fargo. A five (5) day trial is anticipated. All time which elapses from the date of this order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

**IT IS SO ORDERED.**

Dated this 7th day of March, 2024.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court