PS 42
(Rev. 2/2001)

# United States District Court
## District of North Dakota

|  |  |  |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 0868 3:23CR00206-1 |
| | ) | |
| Raymon Everett Holmberg | ) | |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Raymon Everett Holmberg have discussed with my supervising pretrial services officer, modification of my release as follows:

The addition of the following conditions to the previous Order Setting Conditions of Release dated October 30, 2023:

You must not possess and/or use computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media unless approved in advance by the pretrial services officer.

Defendant shall submit his person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition. The Pretrial Services Officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of release and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | | | |
|---|---|---|---|---|
| Signature of Defendant | 5/16/24<br>Date | | Christine Azgall<br>Pretrial Services Officer | 5/16/24<br>Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| | |
|---|---|
| Signature of Defense Counsel | 5-17-24<br>Date |

☒   The above modification of conditions of release is ordered, to be effective on *May 20, 2024.*

☐   The above modification of conditions of release is not ordered

Alice R. Senechal
U.S. Magistrate Judge