PS 38
(02/2001)

# RELEASE STATUS REPORT TO THE COURT

Defendant:   Raymon Everett Holmberg          Docket No.:   0868 3:23CR00206

To Appear On:   08/08/2024          For:   ☒ Plea   ☐ Trial   ☐ Sentencing

Before Judge:   Daniel L. Hovland

Initial Appearance Date:   10/30/2023          Release Date:   10/30/2023

Magistrate Judge:   Alice R. Senechal

Conditions of Release:

| | | |
|---|---|---|
| ☒ | Pretrial Supervision | ☒ Surrender Passport |
| ☐ | Seek/Maintain Employment | ☐ Do Not Obtain Passport |
| ☒ | Submit to Counseling as Deemed Appropriate by Pretrial Services | ☒ Refrain from Any Use of Alcohol or Any Controlled Substance without a Prescription |
| ☒ | Drug/Alcohol Monitoring | ☒ Location Monitoring |
| ☐ | Third Party Custody to: | |
| ☒ | Travel Restrictions: | Grand Forks/East Grand Forks Area and Fargo, ND for Court Purposes |
| ☒ | No Contact With: | Victims or Witnesses Identified by USA |
| ☒ | Other: | Weapons Restriction, Residential Requirements, Internet Restrictions, Computer Monitoring Software, Report Law Enforcement Contact, Search Provision |

Defendant Has Met Conditions of Release:          ☐ Yes          ☒ No

**Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:**

The defendant released from custody to his residence in Grand Forks, ND on October 30, 2023. Since his release, Mr. Holmberg has left his residence on one occasion without prior approval from Pretrial Services, as well as, frequented Romantix, an adult novelty store, without approval in violation of his location monitoring requirements. Each time, he was given a verbal reprimand and reminded of his conditions of pretrial release.

Additionally, Mr. Holmberg has continuously accessed the internet for reasons not approved by Pretrial Services. He has also failed to abide by the regulations of the monitoring software installed on his cellular device by not allowing updates and routine maintenance to be performed by the monitoring software provider.

On May 8, 2024, the defendant tested positive for alcohol. He admitted to the use.

On May 14, 2024, Pretrial Services was made aware that the defendant had communicated with the monitoring software provider through an unapproved device, specifically an iPad. After consulting with the Court, the U.S. Attorney's office, and defense counsel, it was determined the defendant would be willing to consent to modify his conditions of release to include a search condition and a condition restricting his access to electronic devices. The modification was ordered by the Court effective May 20, 2024. Mr. Holmberg was instructed to remove the iPad from his residence.

On May 28, 2024, during a routine home visit, Pretrial Services observed Apple product boxes inside a bedroom closet. Due to the recent information regarding the defendant's unapproved iPad, as well as, noncompliance with the monitoring software, Pretrial Services staffed a search of the defendant's residence.

The search of Mr. Holmberg's residence was ultimately approved and conducted on June 4, 2024. No unapproved electronic devices were located during the search. Pretrial Services observed content on the defendant's smart television that the defendant did not have permission to access. Mr. Holmberg has continued to access the internet for reasons not approved by Pretrial Services since this time.

**Recommendations:**
Due to the statutory mandate of detention, respectfully, the defendant is not viewed as a suitable candidate for self-surrender.

| | |
|---|---|
| 08/02/2024 | /s/ Christine Argall |
| Date | U.S. Pretrial Services Officer |