PS 38
(02/2001)

# RELEASE STATUS REPORT TO THE COURT

Defendant: Raymon Everett Holmberg     Docket No.: 0868 3:23CR00206

To Appear On: TBD     For: ☐ Plea    ☐ Trial    ☒ Sentencing

Before Judge: Daniel L. Hovland

Initial Appearance Date: 10/30/2023     Release Date: 10/30/2023

Magistrate Judge: Alice R. Senechal

Conditions of Release:

- ☒ Pretrial Supervision
- ☐ Seek/Maintain Employment
- ☒ Submit to Counseling as Deemed Appropriate by Pretrial Services
- ☒ Drug/Alcohol Monitoring
- ☐ Third Party Custody to:
- ☒ Travel Restrictions: Grand Forks/East Grand Forks Area and Fargo, ND for Court Purposes
- ☒ No Contact With: Victims or Witnesses Identified by USA
- ☒ Other: Weapons Restriction, Residential Requirements, Internet Restrictions, Computer Monitoring Software, Report Law Enforcement Contact, Search Provision
- ☒ Surrender Passport
- ☐ Do Not Obtain Passport
- ☒ Refrain from Any Use of Alcohol or Any Controlled Substance without a Prescription
- ☒ Location Monitoring

Defendant Has Met Conditions of Release: ☐ Yes     ☒ No

**Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:**

Since the date of the last Status Report filed on August 2, 2024, the defendant has continued to access the internet for reasons not approved by Pretrial Services. More specifically, the defendant has accessed social media platforms, to include Facebook and Twitter, on seven occasions from August 13, 2024, to August 17, 2024, and one occasion on September 22, 2024, without prior permission from Pretrial Services.

Additionally, on August 7, 2024, the defendant frequented a residence in Fargo, ND without prior approval from Pretrial Services in violation of his location monitoring requirements.

**Recommendations:**
The defendant has been given multiple verbal reprimands and has been reminded of his conditions of release on numerous occasions. Pretrial Services will notify the Court of any additional noncompliance.

| | |
|---|---|
| 10/10/2024 | /s/ Christine Argall |
| Date | U.S. Pretrial Services Officer |